A CERTIFIED TRUE COPY

NOV 18 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 21  PM 3: 24

CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 2 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

## CONDITIONAL TRANSFER ORDER (CTO-29)     05-2729-D

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,028 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 18 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

DEC 8 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No _____

## SCHEDULE CTO-29 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| **KENTUCKY EASTERN** | | |
| KYE  0  05-161 | Crobie Meade v. Merck & Co., Inc. | 05-5735 |
| KYE  0  05-162 | Susan Little v. Merck & Co., Inc. | 05-5736 |
| KYE  0  05-163 | Tina Mullins v. Merck & Co., Inc. | 05-5737 |
| KYE  0  05-164 | Rickey Emler v. Merck & Co., Inc. | 05-5738 |
| KYE  0  05-165 | Wilma Lunsford v. Merck & Co., Inc. | 05-5739 |
| KYE  0  05-166 | Gracie Brown v. Merck & Co., Inc. | 05-5740 |
| KYE  0  05-167 | Janine Castle v. Merck & Co., Inc. | 05-5741 |
| KYE  0  05-168 | Opal Balduf v. Merck & Co., Inc. | 05-5742 |
| KYE  0  05-169 | Steven Bates v. Merck & Co., Inc. | 05-5743 |
| KYE  0  05-170 | Walter Duncan v. Merck & Co., Inc. | 05-5744 |
| KYE  0  05-171 | Myra Stewart v. Merck & Co., Inc. | 05-5745 |
| KYE  0  05-172 | Rosemary Sergent v. Merck & Co., Inc. | 05-5746 |
| KYE  0  05-173 | Larry Ross v. Merck & Co., Inc. | 05-5747 |
| KYE  0  05-174 | Sandra Nethercutt v. Merck & Co., Inc. | 05-5748 |
| KYE  0  05-175 | Alice Reynolds v. Merck & Co., Inc. | 05-5749 |
| KYE  2  05-188 | Charles N. Benson, Jr., et al. v. Merck & Co., Inc. | 05-5750 |
| KYE  2  05-189 | Doris A. Jones v. Merck & Co., Inc. | 05-5751 |
| KYE  2  05-191 | Michael Deriso, et al. v. Merck & Co., Inc. | 05-5752 |
| KYE  2  05-193 | Virginia Adcock, et al. v. Merck & Co., Inc. | 05-5753 |
| KYE  5  05-392 | Jeanette H. Bishop v. Merck & Co., Inc. | 05-5754 |
| KYE  5  05-396 | Wanda Southerland, etc. v. Merck & Co., Inc. | 05-5755 |
| KYE  5  05-397 | Elmer Holbrook, et al. v. Merck & Co., Inc. | 05-5756 |
| KYE  5  05-400 | Jose Fernandez v. Merck & Co., Inc. | 05-5757 |
| KYE  6  05-539 | Danny Lee Moore, et al. v. Merck & Co., Inc. | 05-5758 |
| KYE  7  05-300 | Lowell Fairchild v. Merck & Co., Inc. | 05-5759 |
| KYE  7  05-301 | Fosta Coleman v. Merck & Co., Inc. | 05-5760 |
| KYE  7  05-302 | Arthur Leedy v. Merck & Co., Inc. | 05-5761 |
| KYE  7  05-303 | Brandy Gobble, etc. v. Merck & Co., Inc. | 05-5762 |
| KYE  7  05-304 | James Tackett, etc. v. Merck & Co., Inc. | 05-5763 |
| KYE  7  05-305 | Charlene Staton v. Merck & Co., Inc. | 05-5764 |
| KYE  7  05-306 | Barbara Rogers v. Merck & Co., Inc. | 05-5765 |
| | | |
| **KENTUCKY WESTERN** | | |
| KYW  1  05-164 | Beverly Pennington v. Merck & Co., Inc. | 05-5766 |
| KYW  1  05-166 | Joann Reynolds v. Merck & Co., Inc. | 05-5767 |
| KYW  3  05-555 | Bardy Bryant, et al. v. Merck & Co., Inc. | 05-5768 |
| KYW  4  05-145 | Donna Hodges, etc. v. Merck & Co., Inc. | 05-5769 |
| KYW  5  05-191 | Myrlee I. Ford v. Merck & Co., Inc. | 05-5770 |
| | | |
| **LOUISIANA MIDDLE** | | |
| LAM  3  05-1113 | Jacqueline Gaudin, et al. v. Merck & Co., Inc. | 05-5771 |
| LAM  3  05-1114 | Kenneth LeBeau, et al. v. Merck & Co., Inc. | 05-5772 |
| LAM  3  05-1115 | Joseph Corsentino, et al. v. Merck & Co., Inc. | 05-5773 |
| LAM  3  05-1120 | Corey Truitt, et al. v. Merck & Co., Inc. | 05-5774 |
| LAM  3  05-1129 | George Dufore v. Merck & Co., Inc. | 05-5775 |
| LAM  3  05-1130 | Stephen Broyles, et al. v. Merck & Co., Inc. | 05-5776 |
| LAM  3  05-1131 | Michael Lee Cross, et al. v. Merck & Co., Inc. | 05-5777 |
| LAM  3  05-1132 | Barney McAdams, et al. v. Merck & Co., Inc. | 05-5778 |
| LAM  3  05-1133 | Leo Colligan, et al. v. Merck & Co., Inc. | 05-5779 |
| LAM  3  05-1150 | Michael Davenport v. Merck & Co., Inc. | 05-5780 |

SCHEDULE CTO-29 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 2 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| LAM 3 05-1151 | Mercedes Ann Dugas v. Merck & Co., Inc. | 05-5781 |
| LAM 3 05-1152 | Whitmel Dugas v. Merck & Co., Inc. | 05-5782 |
| LAM 3 05-1153 | Randy Favron v. Merck & Co., Inc. | 05-5783 |
| LAM 3 05-1154 | Laurie Hill v. Merck & Co., Inc. | 05-5784 |
| LAM 3 05-1155 | Jimmy Johnson v. Merck & Co., Inc. | 05-5785 |
| LAM 3 05-1156 | Janice Jones v. Merck & Co., Inc. | 05-5786 |
| LAM 3 05-1157 | Emmitt Martin v. Merck & Co., Inc. | 05-5787 |
| LAM 3 05-1158 | Dianne Noble v. Merck & Co., Inc. | 05-5788 |
| LAM 3 05-1159 | Ferrell Thomas Morales v. Merck & Co., Inc. | 05-5789 |
| LAM 3 05-1160 | Percelean Smith v. Merck & Co., Inc. | 05-5790 |
| LAM 3 05-1161 | Susan Ann White v. Merck & Co., Inc. | 05-5791 |

**LOUISIANA WESTERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| LAW 5 05-1649 | Michael J. Labry, et al. v. Merck & Co., Inc. | 05-5792 |
| LAW 5 05-1721 | Steven L. Hyatt v. Merck & Co., Inc. | 05-5793 |
| LAW 5 05-1722 | Learnon L. Mitchell, Sr. v. Merck & Co., Inc. | 05-5794 |
| LAW 6 05-1514 | John Johnson, et al. v. Merck & Co., Inc. | 05-5795 |
| LAW 6 05-1575 | Abra Vital, et al. v. Merck & Co., Inc. | 05-5796 |
| LAW 6 05-1668 | Joseph Jaubert, et al. v. Merck & Co., Inc. | 05-5797 |
| LAW 6 05-1712 | Kenneth R. Touchet v. Merck & Co., Inc. | 05-5798 |

**MARYLAND**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| MD 1 05-2710 | Carol A. Mosley-Sessomes, et al. v. Merck & Co., Inc. | 05-5799 |

**MICHIGAN EASTERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| MIE 2 05-73689 | Judy Bussell v. Merck & Co., Inc. | 05-5800 |

**MINNESOTA**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| MN 0 05-2247 | Julie Gault v. Merck & Co., Inc. | 05-5801 |
| MN 0 05-2273 | Terry Greer, etc. v. Merck & Co., Inc. | 05-5802 |
| MN 0 05-2274 | Naomi Martin, et al. v. Merck & Co., Inc. | 05-5803 |
| MN 0 05-2275 | Vivian Brock, et al. v. Merck & Co., Inc. | 05-5804 |
| MN 0 05-2276 | Madelyn Riffle, et al. v. Merck & Co., Inc. | 05-5805 |
| MN 0 05-2277 | Ralph P. Frazier, et al. v. Merck & Co., Inc. | 05-5806 |
| MN 0 05-2278 | Willie M. Cates, et al. v. Merck & Co., Inc. | 05-5807 |
| MN 0 05-2279 | James Freeman v. Merck & Co., Inc. | 05-5808 |
| MN 0 05-2280 | Joyce A. McClain v. Merck & Co., Inc. | 05-5809 |
| MN 0 05-2281 | Mattie M. Lewis v. Merck & Co., Inc. | 05-5810 |
| MN 0 05-2283 | Donald R. Arnold v. Merck & Co., Inc. | 05-5811 |
| MN 0 05-2284 | Elisie M. Howse, et al. v. Merck & Co., Inc. | 05-5812 |
| MN 0 05-2295 | Theresa Sego, etc. v. Merck & Co., Inc. | 05-5813 |
| MN 0 05-2296 | Paula Cleveland, etc. v. Merck & Co., Inc. | 05-5814 |
| MN 0 05-2297 | Jessie Gibson, etc. v. Merck & Co., Inc. | 05-5815 |
| MN 0 05-2298 | Norma Barton, etc. v. Merck & Co., Inc. | 05-5816 |
| MN 0 05-2299 | Donna J. Mullins, etc. v. Merck & Co., Inc. | 05-5817 |
| MN 0 05-2300 | Susan Stites Dietz, etc. v. Merck & Co., Inc. | 05-5818 |
| MN 0 05-2301 | Hubert W. Stratton, II, etc. v. Merck & Co., Inc. | 05-5819 |
| MN 0 05-2302 | Sue P. Fain, et al. v. Merck & Co., Inc. | 05-5820 |
| MN 0 05-2303 | Marie Fuss v. Merck & Co., Inc. | 05-5821 |
| MN 0 05-2304 | Patricia Allison, et al. v. Merck & Co., Inc. | 05-5822 |

**MISSOURI EASTERN**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| MOE 4 05-1555 | Joyce A. Haynes v. Merck & Co., Inc., et al. | 05-5823 |
| MOE 4 05-1556 | Ronnie Harfris, et al. v. Merck & Co., Inc., et al. | 05-5824 |
| ~~MOE 4 05-1557~~ | ~~Ginger Hugo, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/18/05 | |
| MOE 4 05-1572 | Thomas Berkley v. Merck & Co., Inc., et al. | 05-5825 |
| MOE 4 05-1573 | Jesse Lewis, Sr., et al. v. Merck & Co., Inc., et al. | 05-5826 |

SCHEDULE CTO-29 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 3 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| MOE  4  05-1574 | Barbara J. Canarsky v. Merck & Co., Inc., et al. | 05-5827 |
| MOE  4  05-1575 | Mary Clarkson v. Merck & Co., Inc., et al. | 05-5828 |
| MOE  4  05-1576 | Adolf Eisele v. Merck & Co., Inc., et al. | 05-5829 |
| MOE  4  05-1577 | Gary Necker v. Merck & Co., Inc., et al. | 05-5830 |
| MOE  4  05-1578 | James Pertl v. Merck & Co., Inc., et al. | 05-5831 |
| MOE  4  05-1579 | Helen Ruwwe v. Merck & Co., Inc., et al. | 05-5832 |
| MOE  4  05-1581 | Johannes Verdonkschot v. Merck & Co., Inc., et al. | 05-5833 |
| MOE  4  05-1594 | Ronald Chickadel, et al. v. Merck & Co., Inc. | 05-5834 |
| MOE  4  05-1595 | Opal Kaufman, et al. v. Merck & Co., Inc. | 05-5835 |
| **MISSOURI WESTERN** | | |
| MOW  4  05-878 | Catherine Nash, et al. v. Merck & Co., Inc. | 05-5836 |
| MOW  4  05-879 | Donald Potts, et al. v. Merck & Co., Inc. | 05-5837 |
| MOW  4  05-881 | Joseph Stampfel v. Merck & Co., Inc. | 05-5838 |
| MOW  4  05-883 | Cris Vaughan, et al. v. Merck & Co., Inc. | 05-5839 |
| MOW  4  05-893 | Pauline Binns, et al. v. Merck & Co., Inc. | 05-5840 |
| MOW  4  05-895 | Iona Patterson v. Merck & Co., Inc. | 05-5841 |
| MOW  4  05-913 | Willie Kelley, et al. v. Merck & Co., Inc. | 05-5842 |
| MOW  4  05-914 | Edna Mae LaMastres, et al. v. Merck & Co., Inc. | 05-5843 |
| MOW  4  05-916 | Mike Tyson, et al. v. Merck & Co., Inc. | 05-5844 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  2  05-2065 | Haskel D. Nicholson v. Merck & Co., Inc. | 05-5845 |
| MSS  2  05-2066 | Joyce Cook, et al. v. Merck & Co., Inc. | 05-5846 |
| **NORTH DAKOTA** | | |
| ND  2  05-100 | Debra Nygaard v. Merck & Co., Inc. | 05-5847 |
| ND  3  05-99 | Jonathan J. Clark v. Merck & Co., Inc. | 05-5848 |
| **NEW YORK NORTHERN** | | |
| NYN  1  05-1214 | Daniel DiCerce, et al. v. Merck & Co., Inc. | 05-5849 |
| NYN  5  05-1223 | Maria Moraitis v. Merck & Co., Inc. | 05-5850 |
| NYN  6  05-1215 | Bambi Roman v. Merck & Co., Inc. | 05-5851 |
| NYN  6  05-1216 | Antonio Caruso, et al. v. Merck & Co., Inc. | 05-5852 |
| NYN  6  05-1217 | Larry Mantle, et al. v. Merck & Co., Inc. | 05-5853 |
| NYN  6  05-1219 | Ronald K. Snyder v. Merck & Co., Inc. | 05-5854 |
| NYN  6  05-1220 | Donald Hext v. Merck & Co., Inc. | 05-5855 |
| NYN  6  05-1221 | Charles J. Costello, etc. v. Merck & Co., Inc. | 05-5856 |
| NYN  6  05-1225 | Isabelle Sfinas v. Merck & Co., Inc. | 05-5857 |
| **NEW YORK WESTERN** | | |
| NYW  6  05-6507 | Donald Dorschel, et al. v. Merck & Co., Inc. | 05-5858 |
| **OHIO NORTHERN** | | |
| OHN  1  05-2277 | Jacquelyn Montelon, etc. v. Merck & Co., Inc. | 05-5859 |
| OHN  1  05-2278 | Eva Wingler, etc. v. Merck & Co., Inc. | 05-5860 |
| OHN  1  05-2279 | Shirley Pluta v. Merck & Co., Inc. | 05-5861 |
| **OHIO SOUTHERN** | | |
| OHS  1  05-168 | Newt J. Mulkey, et al. v. Merck & Co., Inc. | 05-5862 |
| **OKLAHOMA NORTHERN** | | |
| OKN  4  05-558 | Barbara S. Lovelace, et al. v. Merck & Co., Inc. | 05-5863 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  05-1134 | Mark Turner, et al. v. Merck & Co., Inc. | 05-5864 |

SCHEDULE CTO-29 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 4 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| **OREGON** | | |
| OR   3  05-1480 | Viola Brown v. Merck & Co., Inc. | 05-5865 |
| **PENNSYLVANIA EASTERN** | | |
| PAE   2  05-4923 | William A. Burke, et al. v. Merck & Co., Inc., et al. | 05-5866 |
| PAE   2  05-5035 | Janice Ada-Lindsey, et al. v. Merck & Co., Inc. | 05-5867 |
| PAE   2  05-5152 | Jerry Oglesby v. Merck & Co., Inc., et al. | 05-5868 |
| **PENNSYLVANIA WESTERN** | | |
| PAW   1  05-282 | Delores Flake v. Merck & Co., Inc. | 05-5869 |
| **TENNESSEE EASTERN** | | |
| TNE   1  05-262 | Mable A. Cogdill, et al. v. Merck & Co., Inc. | 05-5870 |
| TNE   1  05-266 | John M. Maupin v. Merck & Co., Inc. | 05-5871 |
| TNE   1  05-270 | Fredilyn M. Haynes v. Merck & Co., Inc. | 05-5872 |
| TNE   1  05-271 | John Hindman v. Merck & Co., Inc. | 05-5873 |
| TNE   1  05-274 | Lucille M. Jones, et al. v. Merck & Co., Inc. | 05-5874 |
| TNE   2  05-256 | James H. Gorman, et al. v. Merck & Co., Inc. | 05-5875 |
| TNE   2  05-257 | James C. Smith, et al. v. Merck & Co., Inc. | 05-5876 |
| TNE   3  05-446 | Delores Huling v. Merck & Co., Inc. | 05-5877 |
| TNE   4  05-65 | Robert Liles, et al. v. Merck & Co., Inc. | 05-5878 |
| TNE   4  05-68 | Clyde P. Hamilton, et al. v. Merck & Co., Inc. | 05-5879 |
| TNE   4  05-71 | Timothy R. Morris, et al. v. Merck & Co., Inc. | 05-5880 |
| **TENNESSEE MIDDLE** | | |
| TNM   1  05-67 | Jack D. Auville, et al. v. Merck & Co., Inc. | 05-5881 |
| TNM   1  05-68 | Carl B. Garner v. Merck & Co., Inc. | 05-5882 |
| TNM   2  05-95 | Mildred J. Marks, et al. v. Merck & Co., Inc. | 05-5883 |
| TNM   2  05-96 | Lucille Henry v. Merck & Co., Inc. | 05-5884 |
| TNM   2  05-99 | Perry B. Looper, et al. v. Merck & Co., Inc. | 05-5885 |
| TNM   2  05-100 | Gerald E. Shaw, et al. v. Merck & Co., Inc. | 05-5886 |
| TNM   2  05-101 | Charles Anderson, et al. v. Merck & Co., Inc. | 05-5887 |
| TNM   2  05-102 | Charles W. Woodard, et al. v. Merck & Co., Inc. | 05-5888 |
| TNM   2  05-103 | Verna White, et al. v. Merck & Co., Inc. | 05-5889 |
| TNM   2  05-104 | Norma J. Tucker, et al. v. Merck & Co., Inc. | 05-5890 |
| TNM   3  05-737 | Larry W. Crutcher, et al. v. Merck & Co., Inc. | 05-5891 |
| TNM   3  05-738 | John W. Anderson, et al. v. Merck & Co., Inc. | 05-5892 |
| TNM   3  05-743 | Denise R. Hess, et al. v. Merck & Co., Inc. | 05-5893 |
| TNM   3  05-744 | Paul R. Uselton, et al. v. Merck & Co., Inc. | 05-5894 |
| TNM   3  05-747 | Edna Ross v. Merck & Co., Inc. | 05-5895 |
| TNM   3  05-749 | Barbara Donoho v. Merck & Co., Inc. | 05-5896 |
| TNM   3  05-751 | Donald L. Young, et al. v. Merck & Co., Inc. | 05-5897 |
| TNM   3  05-752 | Winifred D. Meyers, et al. v. Merck & Co., Inc. | 05-5898 |
| TNM   3  05-753 | Robert L. Curtsinger, et al. v. Merck & Co., Inc. | 05-5899 |
| TNM   3  05-760 | Timothy A. Kidwell v. Merck & Co., Inc. | 05-5900 |
| TNM   3  05-767 | Robert S. Jaffa, et al. v. Merck & Co., Inc. | 05-5901 |
| **TENNESSEE WESTERN** | | |
| TNW   1  05-1271 | Alice Partaine v. Merck & Co., Inc. | 05-5902 |
| TNW   1  05-1277 | Alline Michael, et al. v. Merck & Co., Inc., et al. | 05-5903 |
| TNW   1  05-1278 | Olice Fields, et al. v. Merck & Co., Inc., et al. | 05-5904 |
| TNW   1  05-1285 | Marshall Jones, et al. v. Merck & Co., Inc. | 05-5905 |
| TNW   1  05-1288 | L.Q. Nolan v. Merck & Co., Inc. | 05-5906 |
| TNW   1  05-1289 | Joel Spencer v. Merck & Co., Inc. | 05-5907 |
| TNW   2  05-2702 | Robert L. Williamson, et al. v. Merck & Co., Inc., et al. | 05-5908 |
| TNW   2  05-2709 | Eloise Jungers v. Merck & Co., Inc. | 05-5909 |

SCHEDULE CTO-29 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 5 of 5

| DIST. DIV. C.A. # | CASE CAPTION | EDLA Sec. L/3 |
|---|---|---|
| TNW  2  05-2710 | Gaythorne Sadler v. Merck & Co., Inc. | 05-5910 |
| TNW  2  05-2711 | Marvin E. Brown, et al. v. Merck & Co., Inc. | 05-5911 |
| TNW  2  05-2716 | James Spencer Oakley v. Merck & Co., Inc. | 05-5912 |
| TNW  2  05-2725 | Beverly Boyd v. Merck & Co., Inc. | 05-5913 |
| TNW  2  05-2729 | Larry Conrad, et al. v. Merck & Co., Inc. | 05-5914 |
| TNW  2  05-2731 | Rosetta Williams, etc. v. Merck & Co., Inc. | 05-5915 |
| TNW  2  05-2732 | Carrie Stewart v. Merck & Co., Inc. | 05-5916 |

TEXAS EASTERN

| TXE  9  05-191 | Kathryn A. Dorsett, etc. v. Merck & Co., Inc. | 05-5917 |
|---|---|---|

TEXAS NORTHERN

| TXN  3  05-1912 | Guy Mezger v. Merck & Co., Inc. | 05-5918 |
|---|---|---|
| TXN  3  05-1914 | Thomas Brown v. Merck & Co., Inc. | 05-5919 |
| TXN  3  05-1925 | Roger Pierce v. Merck & Co., Inc. | 05-5920 |
| TXN  3  05-1939 | Alice Sims v. Merck & Co., Inc., et al. | 05-5921 |

TEXAS SOUTHERN

| TXS  2  05-478 | Jose Francisco Cantu v. Merck & Co., Inc. | 05-5922 |
|---|---|---|

TEXAS WESTERN

~~TXW  5  05-950~~          ~~Sulema L. Banda, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/16/05

UTAH

| UT  2  05-810 | Dortothy Canada, et al. v. Merck & Co., Inc. | 05-5923 |
|---|---|---|

WASHINGTON WESTERN

| WAW 2  05-1624 | Mary Franck, etc. v. Merck & Co., Inc. | 05-5924 |
|---|---|---|

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02729 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Kathryn E. Barnett
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP- Nashville
One Nashville Place
150 4th Ave., N.
Ste. 1650
Nashville, TN 37219--242

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mark P. Chalos
LIEFF CABRASHER HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Ave., North
Ste. 1550
Nashville, TN 37219--242

Honorable Bernice Donald
US DISTRICT COURT